## WILLIE v. STATE.

No. 26913.

Court of Criminal Appeals of Texas.

March 24, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

WOODLEY, Judge.

The offense is driving a motor vehicle upon a public highway while intoxicated; the punishment, a fine of $50.

The record is brought forward without statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.